**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1996

SHERIF A. PHILIPS, MD,

Plaintiff - Appellant,

v.

PITT COUNTY MEMORIAL HOSPITAL; DAVID CREECH; JAY SALSMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, District Judge.  (4:24-cv-00098-FL)

Submitted:  July 25, 2025                          Decided:  November 21, 2025

Before WILKINSON, AGEE, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sherif Philips, Appellant Pro Se.  Christina Jansen Banfield, Walter Gregory Merritt, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherif Philips, MD, appeals the district court's order dismissing for failure to state a claim on which relief can be granted under Fed. R. Civ. P. 12(b)(6) his complaint alleging claims arising from the suspension of his physician hospital privileges and his challenges pertaining to subsequent litigation. We have reviewed the record and discern no reversible error. Accordingly, we deny Philips's motions for a stay pending appeal and to set aside the judgment, to consolidate and/or transfer his appeals, and to set aside the judgment and vacate orders, and we affirm the district court's order. *Philips v. Pitt Cnty. Mem'l Hosp.*, No. 4:24-cv-00098-FL (E.D.N.C. Sept. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*